UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MAHONEY,<br><br>Defendant. | CASE NO. CR18-0090-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date (Dkt. No. 18), and speedy trial waiver (Dkt. No. 17). Finding good cause, the Court GRANTS the motion and FINDS as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

//

1.     4.     Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court therefore ORDERS that the trial date be continued to October 15, 2018. The parties shall file pretrial motions no later than September 14, 2018. The Court further ORDERS that the period of time from the current trial date, June 4, 2018, to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED this 15th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0090-JCC
PAGE - 2