The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MAHONEY,<br><br>　　　　　Defendant. | NO. CR18-090 JCC<br><br>GOVERNMENT'S SUPPLEMENTAL RESTITUTION RESPONSE<br><br>*FILED UNDER SEAL* |

　　The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Cecelia Y. Gregson, Special Assistant United States Attorney, submits the following sentencing hearing transcript as Supplemental Exhibit A, referenced in its Response to Defendant's Restitution Memorandum, dkt. 51.

　　DATED this 4th day of March 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN T. MORAN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Cecelia Y. Gregson*
　　　　　　　　　　　　　　　　　　CECELIA Y. GREGSON
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Western District of Washington
　　　　　　　　　　　　　　　　　　700 Stewart Street, Suite 5220
　　　　　　　　　　　　　　　　　　Seattle, Washington 98101-1271
　　　　　　　　　　　　　　　　　　Telephone: (206) 553-7970
　　　　　　　　　　　　　　　　　　Email: cecelia.gregson@usdoj.gov

GOV'S SUPPLEMENTAL RESTITUTION RESPONSE - 1
CR18-090 JCC; THOMAS MAHONEY

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Emily A. Miller*
EMILY A. MILLER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX:   (206) 553-0755
E-mail: emily.miller@usdoj.gov

GOV'S SUPPLEMENTAL RESTITUTION RESPONSE - 2
CR18-090 JCC; THOMAS MAHONEY

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970