UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MAHONEY,<br><br>　　　　　　　Defendant. | CASE NO. CR18-0090-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 58). The Government seeks final forfeiture of the following property:

1.　A Lenova Laptop;
2.　A Dell Inspiron Laptop;
3.　A Samsung Galaxy S7 Cell Phone;
4.　A Samsung Galaxy S8 Cell Phone; and
5.　Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the Government's motion, as well as the other pleadings and papers filed in this matter, FINDS entry of a final order of forfeiture is appropriate because:

- On January 8, 2019, the Court entered a preliminary order of forfeiture finding this property forfeitable pursuant to 18 U.S.C. § 2428 and forfeiting the Defendant's interest in it (Dkt. No. 38);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 45); and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

DATED this 16th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0090-JCC
PAGE - 2