```
  SETGB        *        INMATE DISCIPLINE DATA        *      05-18-2020
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      15:49:46


REGISTER NO: 48975-086 NAME..: MAHONEY, THOMAS
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-18-2020

-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3217116 - SANCTIONED INCIDENT DATE/TIME: 01-24-2019 1340
DHO HEARING DATE/TIME: 02-21-2019 1205
FACL/CHAIRPERSON.....: SET/STACK
REPORT REMARKS.......: I/M STATED HE WAS ASSAULTED. OBSERVED BY STAFF THROWING
                       PUNCHES AT ANOTHER I/M. GREATER WEIGHT ON STAFF REPORT.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 7 DAYS / CS
                   FROM: 02-21-2019  THRU: 02-27-2019
        COMP:    LAW:
        LP COMM    / 60 DAYS / CS
                   FROM: 02-21-2019  THRU: 04-21-2019
        COMP:    LAW:
```

```
  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```