The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS MAHONEY, <br><br> Defendant. | NO. 18-CR-090-JCC <br><br> UNITED STATES' MOTION TO SEAL EXHIBITS 1, 2 and 8 OF GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) <br><br> NOTING DATE: July 17, 2020 |

The United States of America, by and through Brian T. Moran United States Attorney for the Western District of Washington, Cecelia Gregson, and Helen J. Brunner, Assistant United States Attorneys for said District, hereby moves this Court for an Order to Seal Exhibits 1, 2, and 8 of the Government's Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A).

//
//
//

Government's Motion to Seal - 1
*United States v. Mahoney,* 18-CR-090 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The government requests that the Court seal the exhibits because they contain personal information about a victim that should not be available to the general public.

DATED this 6th day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
UNITED STATES ATTORNEY

*/s/ Cecelia Gregson*
CECELIA GREGSON
HELEN J. BRUNNER
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone:  206-553-7970
E-mail:  Cecelia.Gregson@usdoj.gov

Government's Motion to Seal - 2
*United States v. Mahoney,*  18-CR-090 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Kyle R. Martin*
KYLE R. MARTIN
Legal Assistant
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-4215
E-mail: Kyle.Martin2@usdoj.gov

Government's Motion to Seal - 3
*United States v. Mahoney,*  18-CR-090 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970