The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MAHONEY,<br><br>Defendant. | NO. CR18-090-JCC<br><br>UNITED STATES' MOTION TO SEAL MOTION AND MEMORANDUM REQUESTING SEALING OF PUBLIC COURT RECORDS AND ASSOCIATED EXHIBITS<br><br>NOTING DATE: June 4, 2021 |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington and Cecelia Gregson, Assistant United States Attorney for said District, hereby moves this Court for an Order to Seal Government's Motion and Memorandum Requesting Sealing of Public Court Records and Associated Exhibits 1 through 19. The government requests that the Court seal the exhibit because it contains victim's personal information that should not be available to the general public.

//
//
//

Government's Motion to Seal - 1
*United States v. Mahoney,* CR18-090-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 24th day of May, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone:  206-553-7970
Email: Cecelia.Gregson@usdoj.gov

Government's Motion to Seal - 2
*United States v. Mahoney,*  CR18-090-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970