The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MAHONEY,<br><br>Defendant. | NO. CR18-090-JCC<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL MOTION AND MEMORANDUM REQUESTING SEALING OF PUBLIC COURT RECORDS AND ASSOCIATED EXHIBITS |

This matter has come before the Court on the motion to seal Government's Motion and Memorandum Requesting Sealing of Public Court Records and Associated Exhibits and Affidavit. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Government's Motion and Memorandum Requesting Sealing of Public Court Records and Associated Exhibits 1 through 19, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Mahoney,* CR18-090-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence be filed under seal.

DATED this _____ day of _____, 2021.

                                                                                 _____
                                                                                 JOHN C. COUGHENOUR
                                                                                 United States District Court Judge

Presented by:

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Sealing Order - 2
*United States v. Mahoney,* CR18-090-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970